```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Denise F. French, et al.

    v.                              Civil No. 10-cv-498-JL

Time Warner Entertainment, et al.

### O R D E R

The plaintiff's motion to amend proposed discovery plan (document no. 41) is denied in part and granted in part. While the court does not wish to be difficult or make too much of this, there appears to be no justification for such a lengthy delay. Trial continued to November trial period, summary judgement deadline 120 days before final pretrial conference, and all fact and expert discovery to be completed before summary judgment deadline. On or before January 27, counsel may file a stipulation with deadlines for other specified events consistent with those parameters.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: January 13, 2012

```
cc:   Francis G. Murphy, Jr., Esq.
      Harold J. Friedman, Esq.
      Martha C. Gaythwaite, Esq.
      Phillip S. Bixby, Esq.
      Beth G. Catenza, Esq.
      Michael M. Lonergan, Esq.
      Clara E. Lyons, Esq.
      Douglas N. Steere, Esq.
```