UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Denise F. French, et al.

v.                          Civil No. 10-cv-498-JL

Time Warner Entertainment
Co., L.P., et al.


**O R D E R**

The plaintiffs' motion to amend (document no. 65) is DENIED
as untimely, no good cause having been shown.  The plaintiffs'
motion to strike (document no. 66) defendant Time Warner's
summary judgment motion is also DENIED.  The plaintiffs shall
file their objection to Time Warner's summary judgment motion on
or before **August 9, 2012.**  In addition to the plaintiffs'
position on the issues presented by the motion, the objection
shall specifically address whether, even if the motion is
granted, the plaintiffs can still introduce evidence of the Time
Warner-PSNH agreement, and Time Warner's failure to obtain the
license required by that agreement, at trial, and if so, on what
theory.  Time Warner shall file a reply to the objection on or
before **August 23, 2012,** setting forth its position on that issue,
and addressing the other arguments in the objection to the extent
it deems appropriate.  The plaintiffs may, but need not, file a
sur-reply on or before **August 30, 2012.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: July 13, 2012

cc:  Francis J. Murphy, Jr., Esq.
     Harold J. Friedman, Esq.
     Martha C. Gaythwaite, Esq.
     Phillip S. Bixby, Esq.
     Stephen Lawrence Boyd, Esq.
     Todd J. Hathaway, Esq.