UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Denise F. French

v.

Civil No. 10-cv-498-JL

Time Warner Entertainment Co. L.P., et al.

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, this case is herewith dismissed with prejudice.

SO ORDERED.

December 12, 2012

_____
Joseph N. Laplante
Chief Judge

cc: Dustin M. Lee, Esq.
 Francis G. Murphy, Jr., Esq.
 Harold J. Friedman, Esq.
 Martha C. Gaythwaite, Esq.
 Philip S. Bixby, Esq.
 Stephen Lawrence Boyd, Esq.
 Todd J. Hathaway, Esq.
 Michael M. Longergan, Esq.
 Clara E. Lyons, Esq.